# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3222
_____

DEXTER DEERING,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

August 15, 2018


PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and MAKAR and WINSOR, JJ., concur.


_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dexter Deering, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Jason W. Rodriguez, Assistant Attorney General, Tallahassee, for Appellee.